JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED CARDIEL, an individual, ) | **CASE NO.: SACV 10-1564 AG (PJWx)** |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | **DISMISSING CASE** |
| vs. ) | |
| ) | |
| WELLS FARGO BANK, N.A., etc. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Based upon the parties' stipulation, it is hereby ordered that the above-captioned lawsuit is dismissed in its entirety.

DATED: February 18, 2011

_____
JUDGE OF THE U.S. DISTRICT COURT
ANDREW J. GUILFORD

1